**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
| UNITED STATES OF AMERICA, | ) | No. 16 CR 50-1 |
| Plaintiff(s), | ) |  |
|  | ) | Judge VIRGINIA M. KENDALL |
| vs. | ) |  |
|  | ) |  |
| FRANCISCO FUENTES, | ) |  |
| Defendant. | ) |  |

**NOTICE OF APPEAL**

NOTICE is hereby given that Francisco Fuentes, Defendant above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 12th day of September, 2016.

                Respectfully submitted,

                s/Standish E. Willis
                Attorney for Defendant Fuentes

THE LAW OFFICES OF STANDISH E. WILLIS, LTD.
29 E. Madison Street, Suite 1802
Chicago, Illinois 60602
(312) 750-1950
(312) 750-1958 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**UNITED STATES OF AMERICA, Plaintiff-Appellee,**

v.

**FRANCISCO FUENTES, Defendant-Appellant.**

Appeal from Case No.16 CR 50-1
In The Northern District of Illinois, Eastern Division
The Honorable
Virginia M. Kendall, Presiding

NOTICE OF FILING AND PROOF OF SERVICE

To:   Vikas Kumar Didwania
Assistant U.S. Attorney
Dirksen Federal Building, 5th Floor
Chicago, IL  60604

**PLEASE TAKE NOTICE** that on this 20th day of September, 2016, the undersigned attorney filed a Notice of Appeal with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

/s/Standish E. Willis
Standish E. Willis

The Law Office of Standish E. Willis, Ltd.
29 E. Madison  Street
Suite 1802
Chicago, Illinois 60602
(312) 750-1950 ph